

Tuesday, 10 August, 2004 ... PM
Clerk, U.S. District Court, ILCD

AUG 1 0 2004

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

### United States Bankruptcy Court
### Central District of Illinois

| | | | |
|---|---|---|---|
| In re: | ) | Case No. | **02-92402** |
| **Sreemannarayan Prathipati** | ) | | |
| Debtor(s) | ) | Civil Case No. | * 04-2156 |

## RECORD ON APPEAL - INDEX TRANSMITTAL

Contents:

1.  Docket Sheet
2.  Petition to Sell Real Estate
3.  Notice of Appeal
4.  Withdrawal of Notice of Appeal
5.  *
6.  *
7.  *
8.  *
9.  *
10. *
11. *
12. *
13. *
14. *
15. *
16. *
17. *
18. *
19. *

This appeal record is being filed in this manner because the designation of contents for inclusion and statement of issues were not filed in accordance with BR 8006.

Copy to:

Roger L Prillaman, Attorney for Javaud Mushtaq and Muhammad Mushtaq/ Appellant, 220 W Main St., Urbana, IL 61801, 217-384-1300.

Steve P Miller, Bankruptcy Trustee, Appellee, 11 E North, Danville, IL 61832, 217-442-0350.

United States Trustee, Interested Party, Becker Building, Room 1100, 401 Main, Peoria, IL 61602, 309-671-7854.

**NODISCH, ADV, APL, 727**

# U.S. Bankruptcy Court
## Central District of Illinois (Danville)
### Bankruptcy Petition #: 02-92402
#### Internal Use Only

*Assigned to:* Gerald D. Fines
Chapter 7
Voluntary
Asset

*Date Filed:* 08/01/2002

**Sreemannarayan Prathipati**
23 Lake Shore Ct
Danville, IL 61832
SSN: 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
***Debtor***
*aka*
**Sreeman Prathipati**

represented by **Bruce Jay Meachum**
110 N Vermilion
Danville, IL 61832
(217) 442-1390

**Steve Miller**
11 E North St
Danville, IL 61832
217-442-0350
***Trustee***

represented by **Steve Miller**
11 E North St
Danville, IL 61832
(217) 442-0350
Email: bstark1958@aol.com

**Thomas M OShaughnessy**
11 E North St
Danville, IL 61832
(217) 442-0350
Email: rlpotts76@hotmail.com

| Filing Date | # | Docket Text |
|---|---|---|
| 08/01/2002 | 1 | Voluntary Petition. Filing Fee Received: $ 200.00 Receipt # 90036628 (court,ngre) (Entered: 08/01/2002) |
| 08/01/2002 | 2 | First Meeting of Creditors Scheduled For 9:30 8/29/02 At 208 Federal Bldg-Danville Last Day To Oppose Discharge: 10/28/02 (court,ngre) (Entered: 08/01/2002) |
| 08/01/2002 | 3 | Notice re: Liability Schedules. (court,ngre) (Entered: 08/01/2002) |
| 08/01/2002 | 4 | Incomplete Filings/Missing Documents:stmtfina, schs, summ, decsch, feedscl, stmtint. Due 8/16/02 (court,ngre) (Entered: 08/01/2002) |

| 08/03/2002 | | Courts BNC Certificate of Service Re: [2-1] First Meeting . # of Notices: 24. (admin) (Entered: 08/05/2002) |
|---|---|---|
| 08/03/2002 | | Courts BNC Certificate of Service Re: [4-1] Order missing documents . # of Notices: 3. (admin) (Entered: 08/05/2002) |
| 08/03/2002 | | Courts BNC Certificate of Service Re: [3-1] Liability Schedules Notice . # of Notices: 3. (admin) (Entered: 08/05/2002) |
| 08/16/2002 | 5 | All Statements and Schedules. (court,ngre) (Entered: 08/16/2002) |
| 09/03/2002 | 6 | Reaffirmation Agreement Between Debtor And Landmark Credit Union; Affidavit. (court,lblo) (Entered: 09/03/2002) |
| 09/03/2002 | 7 | First Meeting Held as scheduled. (court,lblo) (Entered: 09/03/2002) |
| 09/03/2002 | 8 | Trustee's Report of No Assets. (court,lblo) (Entered: 09/03/2002) |
| 09/25/2002 | 9 | Motion By Trustee Steve Miller To Withdraw [8-1] No Asset Report ; No Certificate of Service. (court,dtow) (Entered: 09/25/2002) |
| 09/26/2002 | 10 | Order Granting [9-1] Motion To Withdraw [8-1] No Asset Report by Steve Miller . (court,dtow) (Entered: 09/26/2002) |
| 09/26/2002 | 11 | Order Fixing Time for Filing Claims. Last Day to File Claims 12/26/02 ; Proof of Claim (gov) Due: 1/28/03 (court,dtow) (Entered: 09/26/2002) |
| 09/26/2002 | 12 | Notice of Appearance And Request For Service Of Notice By Joseph P Chamley for Creditor Central Illinois Bank. Certificate of Service. (court,lblo) (Entered: 09/27/2002) |
| 09/26/2002 | 13 | Objection to Exemption By Creditor Central Illinois Bank . ; Certificate of Service. (court,lblo) (Entered: 09/27/2002) |
| 09/27/2002 | 14 | Hearing Re: [13-1] Exemption Objection by Central Illinois Bank schd For 10:00 10/22/02 at Room 120 - Danville (court,lblo) (Entered: 09/27/2002) |
| 09/27/2002 | 15 | Motion By Creditor Central Illinois Bank For Examination of debtor Under Rule 2004 ; Certificate of Service. (court,dtow) (Entered: 09/27/2002) |
| 09/27/2002 | 16 | Order Granting [15-1] Motion For Examination of debtor Under Rule 2004 by Central Illinois Bank . (court,dtow) (Entered: 09/27/2002) |
| 09/28/2002 | | Courts BNC Certificate of Service Re: [11-1] Fix'g Time for Filing |

| | | |
|---|---|---|
| | | Claims Order . # of Notices: 25. (admin) (Entered: 09/30/2002) |
| 09/29/2002 | | Courts BNC Certificate of Service Re: [14-1] Hearing . # of Notices: 4. (admin) (Entered: 09/30/2002) |
| 09/30/2002 | 17 | Reaffirmation Agreement Between Debtor And 5th 3rd Bank; Affidavit. (court,lblo) (Entered: 09/30/2002) |
| 10/01/2002 | 18 | Application By Trustee Steve Miller To Employ Attorney ; No Certificate of Service. (court,lblo) (Entered: 10/01/2002) |
| 10/02/2002 | 19 | Order Granting [18-1] Application To Employ Attorney by Steve Miller . (court,lblo) (Entered: 10/02/2002) |
| 10/03/2002 | 20 | Objection By Debtor Sreemannarayan Prathipati To [13-1] Exemption Objection by Central Illinois Bank . Certificate of Service. (court,lblo) (Entered: 10/03/2002) |
| 10/15/2002 | 21 | Motion By Creditor 1st National Bank of Danville To Extend Time To File complaint ; Certificate of Service. (court,lblo) (Entered: 10/16/2002) |
| 10/16/2002 | | Added Attorney James Mulvaney (court,lblo) (Entered: 10/16/2002) |
| 10/17/2002 | 22 | Hearing Re: [21-1] Motion To Extend Time To File complaint by 1st National Bank of Danville Schd For 10:00 10/31/02 at Room 120 - Danville (court,lblo) (Entered: 10/17/2002) |
| 10/19/2002 | | Courts BNC Certificate of Service Re: [22-1] Hearing . # of Notices: 5. (admin) (Entered: 10/21/2002) |
| 10/21/2002 | 23 | Motion By Creditor Central Illinois Bank To extend Time To file complaint ; Certificate of Service. (court,dtow) (Entered: 10/22/2002) |
| 10/22/2002 | 24 | Hearing Re: [13-1] Exemption Objection by Central Illinois Bank cntd For 10:00 12/17/02 at Room 120 - Danville (court,dtow) (Entered: 10/22/2002) |
| 10/22/2002 | 25 | Order Granting [21-1] Motion To Extend Time To File complaint by 1st National Bank of Danville . (court,dtow) (Entered: 10/22/2002) |
| 10/22/2002 | 26 | Order Granting [23-1] Motion To extend Time To file complaint by Central Illinois Bank . (court,dtow) (Entered: 10/22/2002) |
| 10/22/2002 | | Update Deadline Hold Discharge 1/22/03 (court,dtow) (Entered: 10/22/2002) |
| 10/24/2002 | | Courts BNC Certificate of Service Re: [24-1] Hearing . # of Notices: 4. |

|  |  | (admin) (Entered: 10/24/2002) |
| --- | --- | --- |
| 11/01/2002 | 27 | Trustee's Interim Report. (court,ngre) (Entered: 11/01/2002) |
| 12/17/2002 | 28 | Hearing Re: [13-1] Exemption Objection by Central Illinois Bank cntd For 10:00 2/25/03 at Room 120 - Danville (court,dtow) (Entered: 12/17/2002) |
| 12/19/2002 |  | Courts BNC Certificate of Service Re: [28-1] Hearing . # of Notices: 4. (admin) (Entered: 12/19/2002) |
| 01/02/2003 |  | Terminated Deadline. Proof of Claim (court,lblo) (Entered: 01/02/2003) |
| 01/23/2003 | 29 | Court Notice Claims Re: Claim filed for creditor . (court,lblo) (Entered: 01/23/2003) |
| 01/25/2003 |  | Courts BNC Certificate of Service Re: [29-1] Notice Claim Court . # of Notices: 6. (admin) (Entered: 01/27/2003) |
| 01/27/2003 |  | Terminated Deadline. Hold Discharge (court,lblo) (Entered: 01/27/2003) |
| 01/29/2003 | 30 | Court Notice Claims Re: Claim date expiration Due: 2/12/03 . (court,lblo) (Entered: 01/29/2003) |
| 01/29/2003 |  | Terminated Deadline. Proof of Claim Gov (court,lblo) (Entered: 01/29/2003) |
| 01/29/2003 | 31 | Order Discharging Debtor Sreemannarayan Prathipati (court,lblo) (Entered: 01/29/2003) |
| 01/31/2003 |  | Courts BNC Certificate of Service Re: [30-1] Notice Claim Court . # of Notices: 2. (admin) (Entered: 01/31/2003) |
| 01/31/2003 |  | Courts BNC Certificate of Service Re: [31-1] Discharge Order by Sreemannarayan Prathipati . # of Notices: 34. (admin) (Entered: 01/31/2003) |
| 02/05/2003 | 32 | Request for Claims filed by Trustee Steve Miller (court,lblo) (Entered: 02/05/2003) |
| 02/05/2003 | 33 | Original Claims sent to Steve Miller. Claims Set to be Returned by 3/12/03 (court,lblo) (Entered: 02/05/2003) |
| 02/07/2003 | 34 | Stipulated Motion filed by Trustee Steve Miller, Creditor 1st National Bank of Danville, Creditor Central Illinois Bank, Debtor Sreemannarayan Prathipati To Vacate Discharge Order No Certificate of Service. (court,agru) (Entered: 02/07/2003) |

| 02/10/2003 | 35 | Order Granting [34-1] Motion To Vacate Discharge Order by Sreemannarayan Prathipati, Central Illinois Bank, 1st National Bank of Danville, Steve Miller . (court,lblo) (Entered: 02/10/2003) |
| 02/10/2003 | 36 | Order Vacating [31-1] Discharge Order (court,lblo) (Entered: 02/10/2003) |
| 02/10/2003 | | Hold Discharge until 8/11/03 (court,lblo) (Entered: 02/10/2003) |
| 02/12/2003 | | Courts BNC Certificate of Service Re: [36-1] Vacating An Order Order . # of Notices: 35. (admin) (Entered: 02/12/2003) |
| 02/13/2003 | | Terminated Deadline. Court Notice Claim (court,lblo) (Entered: 02/13/2003) |
| 02/13/2003 | 39 | Certificate of Service re: [38-1] Claims Objection by Steve Miller . Setting Objections Due Date for 3/5/03 (court,lblo) (Entered: 02/14/2003) |
| 02/13/2003 | 41 | Certificate of Service re: [40-1] Claims Objection by Steve Miller . Setting Objections Due Date for 3/5/03 (court,lblo) (Entered: 02/14/2003) |
| 02/13/2003 | 43 | Certificate of Service re: [42-1] Claims Objection by Steve Miller . Setting Objections Due Date for 3/5/03 (court,lblo) (Entered: 02/14/2003) |
| 02/13/2003 | 45 | Certificate of Service re: [44-1] Claims Objection by Steve Miller . Setting Objections Due Date for 3/5/03 (court,lblo) (Entered: 02/14/2003) |
| 02/13/2003 | 47 | Certificate of Service re: [46-1] Claims Objection by Steve Miller . Setting Objections Due Date for 3/5/03 (court,lblo) (Entered: 02/14/2003) |
| 02/14/2003 | 37 | Trustee's Recommendations Concerning Claims. (court,lblo) (Entered: 02/14/2003) |
| 02/14/2003 | 38 | Objection By Trustee Steve Miller to Claim No. 3. (court,lblo) (Entered: 02/14/2003) |
| 02/14/2003 | 40 | Objection By Trustee Steve Miller to Claim No. 4. (court,lblo) (Entered: 02/14/2003) |
| 02/14/2003 | 42 | Objection By Trustee Steve Miller to Claim No. 5. (court,lblo) (Entered: 02/14/2003) |

| 02/14/2003 | 44 | Objection By Trustee Steve Miller to Claim No. 6. (court,lblo) (Entered: 02/14/2003) |
| 02/14/2003 | 46 | Objection By Trustee Steve Miller to Claim No. 7. (court,lblo) (Entered: 02/14/2003) |
| 02/14/2003 | | Original Claims Returned. (court,lblo) (Entered: 03/05/2003) |
| 02/19/2003 | 48 | Objection By Creditor Central Illinois Bank To [38-1] Claims Objection by Steve Miller . Certificate of Service. (court,lblo) (Entered: 02/19/2003) |
| 02/21/2003 | 50 | Certificate of Service re: [49-1] Claims Objection by Steve Miller . Setting Objections Due Date for 3/17/03 (court,lblo) (Entered: 02/25/2003) |
| 02/24/2003 | 49 | Amended Objection By Trustee Steve Miller to Claim No. 7. (court,lblo) (Entered: 02/25/2003) |
| 02/25/2003 | 51 | Hearing Re: [13-1] Exemption Objection by Central Illinois Bank Cntd For 10:00 5/27/03 at Room 120 - Danville (court,lblo) (Entered: 02/25/2003) |
| 02/27/2003 | 52 | Objection By Creditor 1st National Bank of Danville To [44-1] Claims Objection by Steve Miller . Certificate of Service. (court,lblo) (Entered: 02/27/2003) |
| 02/27/2003 | | Courts BNC Certificate of Service Re: [51-1] Hearing . # of Notices: 4. (admin) (Entered: 02/27/2003) |
| 03/03/2003 | 53 | Response By Creditor Muhammad Mushtaq To [42-1] Claims Objection by Steve Miller ; Certificate of Service. (court,lblo) (Entered: 03/03/2003) |
| 03/06/2003 | | Terminated Deadline. Objection to Claim (court,lblo) (Entered: 03/06/2003) |
| 03/06/2003 | 54 | Court Notice Order Re: Order on Objection to Claims 4, 5 Due: 3/20/03 . (court,lblo) (Entered: 03/06/2003) |
| 03/06/2003 | | Terminated Deadline. Objection to Claims (court,lblo) (Entered: 03/06/2003) |
| 03/08/2003 | | Courts BNC Certificate of Service Re: [54-1] Notice Order Court . # of Notices: 2. (admin) (Entered: 03/10/2003) |
| 03/10/2003 | 55 | Hearing Re: [44-1] Claims Objection by Steve Miller Schd For 9:00 |

| | | 3/26/03 at Room 120 - Danville, [38-1] Claims Objection by Steve Miller Schd For 9:00 3/26/03 at Room 120 - Danville (court,lblo) (Entered: 03/10/2003) |
|---|---|---|
| 03/10/2003 | | Terminated Deadline. Objection to Claims (court,lblo) (Entered: 03/10/2003) |
| 03/12/2003 | | Courts BNC Certificate of Service Re: [55-1] Hearing . # of Notices: 10. (admin) (Entered: 03/12/2003) |
| 03/18/2003 | 56 | Court Notice Order Re: Order on Claims Due: 4/1/03 . (court,lblo) (Entered: 03/18/2003) |
| 03/20/2003 | | Courts BNC Certificate of Service Re: [56-1] Notice Order Court . # of Notices: 2. (admin) (Entered: 03/20/2003) |
| 03/24/2003 | | Terminated Deadline. Objection to Claim (court,lblo) (Entered: 03/24/2003) |
| 03/24/2003 | 57 | 7 Day Notice Order Re: Order on Claims 4,5 Due: 4/1/03 (court,lblo) (Entered: 03/24/2003) |
| 03/26/2003 | 58 | Hearing Re: [44-1] Claims Objection by Steve Miller Cntd For 10:00 7/29/01 at Room 120 - Danville, [38-1] Claims Objection by Steve Miller Cntd For 10:00 7/29/03 at Room 120 - Danville (court,lblo) (Entered: 03/26/2003) |
| 03/28/2003 | | Courts BNC Certificate of Service Re: [58-1] Hearing . # of Notices: 9. (admin) (Entered: 03/28/2003) |
| 04/01/2003 | 59 | Hearing Re: [44-1] Claims Objection by Steve Miller Cntd For 10:00 7/29/03 at Room 120 - Danville, [38-1] Claims Objection by Steve Miller Cntd For 10:00 7/29/03 at Room 120 - Danville (court,lblo) (Entered: 04/01/2003) |
| 04/02/2003 | | Update Deadline ; Orders on Claim No. 4, 5 Due: 4/9/03 (court,lblo) (Entered: 04/02/2003) |
| 04/02/2003 | | Terminated Deadline. Orders Documents Due (court,lblo) (Entered: 04/02/2003) |
| 04/02/2003 | 60 | 7 Day Notice Order Re: Order on Claim No. 6 Due: 4/10/03 (court,lblo) (Entered: 04/02/2003) |
| 04/02/2003 | | Terminated Deadline. Court Notice Order (court,lblo) (Entered: 04/02/2003) |

| 04/03/2003 | | Courts BNC Certificate of Service Re: [59-1] Hearing . # of Notices: 11. (admin) (Entered: 04/03/2003) |
| 04/08/2003 | 61 | Order Concerning Claims re: Claim No. 4,5. (court,lblo) (Entered: 04/08/2003) |
| 04/08/2003 | 62 | Order Concerning Claims re: Claim No. 7. (court,lblo) (Entered: 04/08/2003) |
| 05/27/2003 | 63 | Hearing Re: [13-1] Exemption Objection by Central Illinois Bank Cntd For 10:00 7/29/03 at Room 120 - Danville (court,lblo) (Entered: 05/27/2003) |
| 05/29/2003 | | Courts BNC Certificate of Service Re: [63-1] Hearing . # of Notices: 6. (admin) (Entered: 05/29/2003) |
| 07/29/2003 | 64 | Hearing Re: [44-1] Claims Objection by Steve Miller Cntd For status For 10:00 10/28/03 at Room 120 - Danville, [38-1] Claims Objection by Steve Miller Cntd For status For 10:00 10/28/03 at Room 120 - Danville (court,nbed) (Entered: 07/29/2003) |
| 07/31/2003 | | Courts BNC Certificate of Service Re: [64-1] Hearing . # of Notices: 5. (admin) (Entered: 07/31/2003) |
| 08/12/2003 | | Terminated Deadline. Hearing document (court,lblo) (Entered: 08/12/2003) |
| 08/12/2003 | 65 | Hearing Re: [13-1] Exemption Objection by Central Illinois Bank Cntd For 10:00 10/28/03 at Room 120 - Danville (court,lblo) (Entered: 08/12/2003) |
| 08/13/2003 | | Update Deadline Hold Discharge 9/30/03 (court,lblo) (Entered: 08/13/2003) |
| 08/14/2003 | | Courts BNC Certificate of Service Re: [65-1] Hearing . # of Notices: 6. (admin) (Entered: 08/14/2003) |
| 08/21/2003 | 66 | Amended Schedule F; No Certificate of Service. (court,lblo) (Entered: 08/21/2003) |
| 08/21/2003 | 67 | Notice of Amendment. (court,lblo) (Entered: 08/21/2003) |
| 08/21/2003 | | Filing Fee Received for [66-1] Amended Schedules . Filing Fee Received: $ 20.00 Receipt # 090044145. (court,lblo) (Entered: 08/21/2003) |
| 08/23/2003 | | Courts BNC Certificate of Service Re: [67-1] Amendment Notice . # of |

| | | |
|---|---|---|
| | | Notices: 6. (admin) (Entered: 08/25/2003) |
| 08/29/2003 | 68 | Stipulated Motion filed by Creditor 1st National Bank of Danville, Creditor Central Illinois Bank, Debtor Sreemannarayan Prathipati, Trustee Steve Miller To Extend Time To to File Complaints No Certificate of Service. (court,lblo) (Entered: 08/29/2003) |
| 08/29/2003 | 69 | Order Granting [68-1] Motion To Extend Time To to File Complaints by Steve Miller, Sreemannarayan Prathipati, Central Illinois Bank, 1st National Bank of Danville ; Last Day to Oppose Discharge: 10/10/03 . (court,lblo) (Entered: 08/29/2003) |
| 08/29/2003 | | Update Deadline Hold Discharge 10/10/03 (court,lblo) (Entered: 08/29/2003) |
| 09/23/2003 | 70 | Motion By Creditor Muhammad Mushtaq To Withdraw Claim No 9; Certificate of Service. (court,lblo) (Entered: 09/23/2003) |
| 09/23/2003 | 71 | Order Granting [70-1] Motion To Withdraw Claim No 9 by Muhammad Mushtaq . (court,lblo) (Entered: 09/23/2003) |
| 10/07/2003 | | Complaint (03-9083) Central Illinois Bank vs. Sreemannarayan Prathipati . NOS 426 Dischargeability 523 Filing Fee Received: $ 150.00 Receipt # 90045007 (court,nbed) (Entered: 10/07/2003) |
| 10/09/2003 | | Complaint (03-9085) 1st National Bank of Danville vs. Sreemannarayan Prathipati . 727 Objection , NOS 426 Dischargeability 523 Filing Fee Received: $ 150.00 Receipt # 90045058 (court,nbed) (Entered: 10/09/2003) |
| 10/09/2003 | | Complaint (03-9086) Steve Miller vs. Sreemannarayan Prathipati . 727 Objection Filing Fee Received: $ 0.00 (court,nbed) (Entered: 10/09/2003) |
| 10/09/2003 | 72 | Motion By Trustee Steve Miller To Extend Time To File Complaints ; Certificate of Service. (court,lblo) (Entered: 10/09/2003) |
| 10/09/2003 | | Added Attorney Thomas M OShaughnessy (court,lblo) (Entered: 10/09/2003) |
| 10/09/2003 | | Complaint (03-9087) Steve Miller vs. Sreemannarayan Prathipati . NOS 454 Recover Money/Property Filing Fee Received: $ 0.00 (court,nbed) (Entered: 10/09/2003) |
| 10/09/2003 | | Complaint (03-9088) Steve Miller vs. Sreemannarayan Prathipati . NOS 454 Recover Money/Property Filing Fee Received: $ 0.00 (court,ephi) (Entered: 10/09/2003) |

| | | |
|---|---|---|
| 10/09/2003 | | Complaint (03-9089) Steve Miller vs. Sreemannarayan Prathipati . NOS 454 Recover Money/Property Filing Fee Received: $ 0.00 (court,nbed) (Entered: 10/09/2003) |
| 10/09/2003 | | Complaint (03-9090) Steve Miller vs. Sreemannarayan Prathipati . NOS 454 Recover Money/Property Filing Fee Received: $ 0.00 (court,ephi) (Entered: 10/09/2003) |
| 10/09/2003 | | Complaint (03-9091) Steve Miller vs. Sreemannarayan Prathipati . NOS 454 Recover Money/Property Filing Fee Received: $ 0.00 (court,nbed) (Entered: 10/09/2003) |
| 10/09/2003 | | Complaint (03-9092) Steve Miller vs. Sreemannarayan Prathipati . NOS 454 Recover Money/Property Filing Fee Received: $ 0.00 (court,nbed) (Entered: 10/09/2003) |
| 10/14/2003 | 73 | Hearing Re: [72-1] Motion To Extend Time To File Complaints by Steve Miller Schd For 9:00 11/4/03 at Room 120 - Danville (court,lblo) (Entered: 10/14/2003) |
| 10/14/2003 | | Update Deadline ;Last Day for Objections to Discharge on 11/4/03 (court,lblo) (Entered: 10/14/2003) |
| 10/14/2003 | | Update Deadline Hold Discharge 11/4/03 (court,lblo) (Entered: 10/14/2003) |
| 10/16/2003 | | Courts BNC Certificate of Service Re: [73-1] Hearing . # of Notices: 7. (admin) (Entered: 10/16/2003) |
| 10/24/2003 | 74 | Trustee's Interim Report. (court,lblo) (Entered: 10/24/2003) |
| 10/28/2003 | 75 | Hearing Re: [44-1] Claims Objection by Steve Miller Cntd For 10:00 2/24/04 at Room 120 - Danville, [38-1] Claims Objection by Steve Miller Cntd For 10:00 2/24/04 at Room 120 - Danville, [13-1] Exemption Objection by Central Illinois Bank Cntd For 10:00 2/24/04 at Room 120 - Danville (court,lblo) (Entered: 10/28/2003) |
| 10/30/2003 | | Courts BNC Certificate of Service Re: [75-1] Hearing . # of Notices: 9. (admin) (Entered: 10/30/2003) |
| 11/04/2003 | | Hearing Held Re: [72-1] Motion To Extend Time To File Complaints by Steve Miller . Allowed, Order Entered (court,lblo) (Entered: 11/04/2003) |
| 11/04/2003 | 76 | Order Granting [72-1] Motion To Extend Time To File Complaints by Steve Miller ; Last Day to Oppose Discharge: 8/2/04 . (court,lblo) (Entered: 11/04/2003) |

| 11/04/2003 | | Update Deadline Hold Discharge 8/2/04 (court,lblo) (Entered: 11/04/2003) |
|---|---|---|
| 11/26/2003 | 77 | Application By Trustee Steve Miller For Compensation For Attorney Fees . Certificate of Service. (court,lblo) (Entered: 12/01/2003) |
| 12/02/2003 | 78 | Hearing Re: [77-1] Application For Compensation by Steve Miller Schd For 9:00 12/22/03 at Room 120 - Danville (court,lblo) (Entered: 12/02/2003) |
| 12/04/2003 | | Courts BNC Certificate of Service Re: [78-1] Hearing . # of Notices: 41. (admin) (Entered: 12/04/2003) |
| 12/22/2003 | 79 | Order Granting [77-1] Application For Compensation by Steve Miller payment to Thomas M. OShaughnessy of $6105.00 in fees . (court,dtow) (Entered: 12/22/2003) |
| 01/22/2004 | 80 | Motion By Trustee Steve Miller To Sell Real Property ; Certificate of Service. (court,lblo) (Entered: 01/22/2004) |
| 01/22/2004 | 81 | Notice RE: [80-1] Motion To Sell Real Property by Steve Miller , Setting Objections Due Date: 2/6/04 . (court,lblo) (Entered: 01/22/2004) |
| 01/24/2004 | | Courts BNC Certificate of Service Re: [81-1] Scheduling Objection Notice . # of Notices: 41. (admin) (Entered: 01/26/2004) |
| 02/06/2004 | | Added Attorney Roger L Prillaman (court,agru) (Entered: 02/06/2004) |
| 02/06/2004 | 82 | Motion By Creditor Muhammad Mushtaq To Extend Time To file objection ; Certificate of Service. (court,agru) (Entered: 02/06/2004) |
| 02/06/2004 | 83 | Order Granting [82-1] Motion To Extend Time To file objection by Muhammad Mushtaq . (court,agru) (Entered: 02/06/2004) |
| 02/06/2004 | | Update Deadline ; Objection to Motion to Sell Due: 2/17/04 (court,agru) (Entered: 02/06/2004) |
| 02/06/2004 | | Terminated Deadline. Objection to Motion (court,agru) (Entered: 02/06/2004) |
| 02/09/2004 | 84 | Court Notice Fees Re: Return Check . (court,agru) (Entered: 02/09/2004) |
| 02/17/2004 | 85 | Motion By Creditor Muhammad Mushtaq To Extend Time To file a objection on Motion to Sell filed by Trustee Steve Miller ; No Certificate of Service. (court,lblo) (Entered: 02/17/2004) |

| 02/18/2004 | 86 | Order Granting [85-1] Motion To Extend Time To file a objection on Motion to Sell filed by Trustee Steve Miller by Muhammad Mushtaq Missing Documents Due: 3/1/04 . (court,lblo) (Entered: 02/18/2004) |
| 02/18/2004 | 87 | Certificate Of Service By Roger L Prillaman for Creditor Muhammad Mushtaq Of [85-1] Motion To Extend Time To file a objection on Motion to Sell filed by Trustee Steve Miller by Muhammad Mushtaq . (court,lblo) (Entered: 02/18/2004) |
| 02/23/2004 | 88 | Hearing Re: [44-1] Claims Objection by Steve Miller Cntd For 10:00 3/23/04 at Room 120 - Danville, [38-1] Claims Objection by Steve Miller Cntd For 10:00 3/23/04 at Room 120 - Danville, [13-1] Exemption Objection by Central Illinois Bank Cntd For 10:00 3/23/04 at Room 120 - Danville (court,lblo) (Entered: 02/23/2004) |
| 02/25/2004 | | Courts BNC Certificate of Service Re: [88-1] Hearing . # of Notices: 6. (admin) (Entered: 02/25/2004) |
| 03/01/2004 | | Terminated Deadline. Orders Documents Due (court,lblo) (Entered: 03/01/2004) |
| 03/01/2004 | 89 | Objection By Creditor Muhammad Mushtaq To [80-1] Motion To Sell Real Property by Steve Miller . No Certificate of Service. (court,lblo) (Entered: 03/01/2004) |
| 03/01/2004 | | Terminated Deadline. Missing Documents (court,lblo) (Entered: 03/01/2004) |
| 03/01/2004 | 90 | Hearing Re: [80-1] Motion To Sell Real Property by Steve Miller Schd For 10:00 3/23/04 at Room 120 - Danville (court,lblo) (Entered: 03/01/2004) |
| 03/02/2004 | 91 | Certificate Of Service By Roger L Prillaman for Creditor Muhammad Mushtaq Of [89-1] Objection by Muhammad Mushtaq . (court,lblo) (Entered: 03/02/2004) |
| 03/03/2004 | | Courts BNC Certificate of Service Re: [90-1] Hearing . # of Notices: 4. (admin) (Entered: 03/03/2004) |
| 03/23/2004 | | Hearing Held Re: [80-1] Motion To Sell Real Property by Steve Miller . Order in 14 days (court,lblo) (Entered: 03/24/2004) |
| 03/24/2004 | 92 | Hearing Re: [44-1] Claims Objection by Steve Miller Cntd For 9:00 7/13/04 at Room 120 - Danville, [38-1] Claims Objection by Steve Miller Cntd For 9:00 7/13/04 at Room 120 - Danville, [13-1] Exemption Objection by Central Illinois Bank Cntd For 9:00 7/13/04 at Room 120 - Danville (court,lblo) (Entered: 03/24/2004) |

| 03/24/2004 | 93 | Court Notice Order Re: Motion to Sell, Order in 14 days Due: 4/7/04 . (court,lblo) (Entered: 03/24/2004) |
|---|---|---|
| 03/26/2004 | | Courts BNC Certificate of Service Re: [93-1] Notice Order Court . # of Notices: 2. (admin) (Entered: 03/26/2004) |
| 03/26/2004 | | Courts BNC Certificate of Service Re: [92-1] Hearing . # of Notices: 6. (admin) (Entered: 03/26/2004) |
| 03/29/2004 | ❏ 94 | CORRECTIVE ENTRY--Date Filed Changed from 3/30/04 to 3/29/04 Motion to Reconsider Court decision of March 23,2004 Filed by Interested Party Sulochana Ponnapula (court, lblo) Modified on 4/8/2004 (court, lblo). (Entered: 03/30/2004) |
| 03/29/2004 | ❏ 95 | Hearing Set (RE: related document(s)[94] Motion to Reconsider filed by Interested Party Sulochana Ponnapula) Hearing to be held on 4/12/2004 at 09:00 AM Room 120-Danville, IL for [94], (court, lblo) (Entered: 03/30/2004) |
| 03/31/2004 | ❏ 96 | Notice of Appearance and Request for Notice to Ramada Franchise Systems c/o Forman Holt and Eliades 218 Rt 17 N Rochelle Park NJ 07662 by Daniel M Eliades Filed by Creditor Ramada Franchise Systems Incorporated . (court, lblo) (Entered: 03/31/2004) |
| 04/01/2004 | ❏ 97 | BNC Certificate of Mailing - Hearing No. of Notices: 5. Service Date 04/01/2004. (Related Doc # 95) (Admin.) (Entered: 04/02/2004) |
| 04/07/2004 | | Flags Set-Reset (court, lblo) (Entered: 04/07/2004) |
| 04/07/2004 | ❏ 98 | Objection to (related document(s): [94] Motion to Reconsider filed by Interested Party Sulochana Ponnapula) Filed by Creditor Muhammad Mushtaq (court, lblo) (Entered: 04/07/2004) |
| 04/08/2004 | | Other Deadlines Updated Order On Motion to Sell Due 4/12/2004. (court, lblo) (Entered: 04/08/2004) |
| 04/08/2004 | | Deadlines terminated Court Notice Order (court, lblo) (Entered: 04/08/2004) |
| 04/12/2004 | 99 | Proceeding Memo (RE: related document(s)95 Hearing (Bk Motion) Set) (court, lblo) (Entered: 04/12/2004) |
| 04/12/2004 | ❏ | Hearing Held (RE: related document(s)[94] Motion to Reconsider filed by Interested Party Sulochana Ponnapula) Hearing held deadline set: 4/19/2004. (court, lblo) (Entered: 04/12/2004) |
| 04/12/2004 | ❏ 100 | 7 Day Notice Order Signed on 4/12/2004 (RE: related document(s)[94] Motion to Reconsider filed by Interested Party Sulochana Ponnapula). |

| | | Required Document to be filed by 4/19/2004. (court, lblo) (Entered: 04/12/2004) |
|---|---|---|
| 04/12/2004 | ❏ 101 | Courts Certificate of Mailing to Bruce Meachum, UST, Sreemannarayan Prathipati.(RE: related document(s)100 7 Day Notice Order) (court, lblo) (Entered: 04/12/2004) |
| 04/12/2004 | ❏ 102 | Hearing Set Hearing to be held on 4/21/2004 at 10:00 AM Room 120-Danville, IL (court, lblo) (Entered: 04/12/2004) |
| 04/14/2004 | ❏ 103 | Order Re: Signed on 4/14/2004 (RE: related document(s)[94] Motion to Reconsider filed by Interested Party Sulochana Ponnapula). (court, lblo) (Entered: 04/14/2004) |
| 04/14/2004 | ❏ 104 | BNC Certificate of Mailing No. of Notices: 3. Service Date 04/14/2004. (Related Doc # 100) (Admin.) (Entered: 04/15/2004) |
| 04/14/2004 | ❏ 105 | BNC Certificate of Mailing - Hearing No. of Notices: 45. Service Date 04/14/2004. (Related Doc # 102) (Admin.) (Entered: 04/15/2004) |
| 04/15/2004 | | Deadlines terminated 7 day notice order (court, lblo) (Entered: 04/15/2004) |
| 04/16/2004 | ❏ 106 | BNC Certificate of Mailing - PDF Document No. of Notices: 5. Service Date 04/16/2004. (Related Doc # 103) (Admin.) (Entered: 04/17/2004) |
| 04/20/2004 | | Deadlines terminated Hearing Held Documents Due (court, lblo) (Entered: 04/20/2004) |
| 04/21/2004 | 107 | Proceeding Memo (RE: related document(s)102 Hearing (Bk Other) Set) (court, lblo) (Entered: 04/21/2004) |
| 04/21/2004 | ❏ | Hearing Held on Bidding Schedule, Order in 14 days Hearing held deadline set: 5/5/2004. (court, lblo) Modified on 4/21/2004 (court, lblo). (Entered: 04/21/2004) |
| 04/21/2004 | | Deadlines terminated Hearing (court, lblo) (Entered: 04/21/2004) |
| 04/21/2004 | ❏ 108 | Court Notice Requesting Order (RE: related document(s)102 Hearing (Bk Other) Set) Order Due 5/5/2004. (court, lblo) (Entered: 04/21/2004) |
| 04/23/2004 | ❏ 109 | Notice of Appeal Fee Amount $255 Filed by Creditor Muhammad Mushtaq (RE: related document(s)103 Order (Generic)). Appellant Designation due by 5/3/2004. (Prillaman, Roger) (Entered: 04/23/2004) |
| 04/23/2004 | | Receipt of Notice of Appeal(02-92402) [appeal,ntcapl] ( 255.00) Filing Fee. Receipt number 0753B75312. Fee amount 255.00 (U.S. Treasury) |

| | | |
|---|---|---|
| | | (Entered: 04/23/2004) |
| 04/23/2004 | ❶ 110 | BNC Certificate of Mailing No. of Notices: 2. Service Date 04/23/2004. (Related Doc # 108) (Admin.) (Entered: 04/24/2004) |
| 04/26/2004 | ❶ 111 | Notice Re: Procedures for Filing Designation of Contents and Ordering Transcripts (RE: related document(s)109 Notice of Appeal filed by Creditor Muhammad Mushtaq) Appellee designation due by 5/6/2004. (court, lblo) (Entered: 04/26/2004) |
| 04/26/2004 | ❶ 112 | Courts Certificate of Mailing Courts Certificate of Mailing (RE: related document(s)111 Appeal Designation of Contents and Ordering Transcripts Procedural Notice, 109 Notice of Appeal filed by Creditor Muhammad Mushtaq) (court, lblo)(RE: related document(s)111 Appeal Designation of Contents and Ordering Transcripts Procedural Notice, 109 Notice of Appeal filed by Creditor Muhammad Mushtaq) (court, lblo) Modified on 4/26/2004 (court, lblo). (Entered: 04/26/2004) |
| 05/04/2004 | ❶ 113 | Motion to Extend/Shorten Time *Appellant Designation* Filed by Creditor Muhammad Mushtaq (Prillaman, Roger) (Entered: 05/04/2004) |
| 05/04/2004 | ❶ 114 | Joint Application for Compensation for Steve Miller, Trustee Chapter 7, Fee: $7500.00, Expenses: $, for 1st National Bank of Danville, Accountant, Fee: $0.00, Expenses: $0.00., Joint Motion to Pay Filed by Attorney Steve Miller (Miller, Steve) (Entered: 05/04/2004) |
| 05/05/2004 | ❶ 115 | Order Granting Motion to Extend/Shorten Time (Related Doc # 113) Signed on 5/5/2004. (court, lblo) (Entered: 05/05/2004) |
| 05/05/2004 | ❶ 116 | Hearing Set (RE: related document(s)114 Application for Compensation, , Motion to Pay, filed by Trustee Steve Miller, Creditor 1st National Bank of Danville) Hearing to be held on 5/26/2004 at 09:00 AM Room 120-Danville, IL for 114, (court, lblo) (Entered: 05/05/2004) |
| 05/05/2004 | ❶ 117 | Notice to Filer of Errors in Electronically Filed Documents and Order Requiring Action to Correct Signed on 5/5/2004 (RE: related document(s)114 Application for Compensation, , Motion to Pay, filed by Trustee Steve Miller, Creditor 1st National Bank of Danville). Required Document Due by 5/12/2004. (court, lblo) (Entered: 05/05/2004) |
| 05/06/2004 | ❶ 118 | 7 Day Notice Order Signed on 5/6/04 (RE: related document(s) Hearing Held on Bidding (Bk Other)). Required Document to be filed by 5/13/2004. (court, lblo) (Entered: 05/06/2004) |
| 05/07/2004 | ❶ 119 | BNC Certificate of Mailing No. of Notices: 2. Service Date 05/07/2004. (Related Doc # 117) (Admin.) (Entered: 05/08/2004) |

| 05/07/2004 | ❍ 120 | BNC Certificate of Mailing - Hearing No. of Notices: 45. Service Date 05/07/2004. (Related Doc # 116) (Admin.) (Entered: 05/08/2004) |
| 05/07/2004 | ❍ 121 | BNC Certificate of Mailing - PDF Document No. of Notices: 4. Service Date 05/07/2004. (Related Doc # 115) (Admin.) (Entered: 05/08/2004) |
| 05/08/2004 | ❍ 122 | BNC Certificate of Mailing No. of Notices: 2. Service Date 05/08/2004. (Related Doc # 118) (Admin.) (Entered: 05/09/2004) |
| 05/10/2004 | ❍ 123 | Courts Certificate of Mailing to Steve Miller, UST (RE: related document(s)118 7 Day Notice Order) (court, lblo) (Entered: 05/10/2004) |
| 05/10/2004 | | Deadlines terminated Hearing held deadline , Error Correction Deadline (court, lblo) (Entered: 05/10/2004) |
| 05/14/2004 | ❍ 124 | Motion to Extend/Shorten Time Filed by Creditor Muhammad Mushtaq (Prillaman, Roger) (Entered: 05/14/2004) |
| 05/17/2004 | ❍ 125 | Hearing Set Status on Order on Bidding Hearing to be held on 5/26/2004 at 09:00 AM Room 120-Danville, IL (court, lblo) (Entered: 05/17/2004) |
| 05/17/2004 | ❍ 126 | Hearing Set (RE: related document(s)124 Motion to Extend/Shorten Time filed by Creditor Muhammad Mushtaq) Hearing to be held on 5/26/2004 at 09:00 AM Room 120-Danville, IL for 124, (court, lblo) (Entered: 05/17/2004) |
| 05/17/2004 | ❍ 127 | Courts Certificate of Mailing Steve Miller, Roger Prillaman, UST, Bruce Meachum. (RE: related document(s)125 Hearing (Bk Other) Set, 126 Hearing (Bk Motion) Set) (court, lblo) (Entered: 05/17/2004) |
| 05/17/2004 | | Deadlines terminated 7 day notice order, Appellant Designation Due, Set for Hearing (court, lblo) (Entered: 05/17/2004) |
| 05/19/2004 | ❍ 128 | BNC Certificate of Mailing - Hearing No. of Notices: 4. Service Date 05/19/2004. (Related Doc # 125) (Admin.) (Entered: 05/20/2004) |
| 05/19/2004 | ❍ 129 | BNC Certificate of Mailing - Hearing No. of Notices: 4. Service Date 05/19/2004. (Related Doc # 126) (Admin.) (Entered: 05/20/2004) |
| 05/26/2004 | ❍ 130 | Report of No Sale. (Miller, Steve) Modified on 5/26/2004 (court, lblo). (Entered: 05/26/2004) |
| 05/26/2004 | ❍ 131 | Motion for Approval of or Authority to *Vote Stock for Sale of Real Estate* Filed by Trustee Steve Miller (Miller, Steve) (Entered: 05/26/2004) |

| 05/26/2004 | ❍ | Hearing Held (RE: related document(s)124 Motion to Extend/Shorten Time filed by Creditor Muhammad Mushtaq, 114 Application for Compensation, , Motion to Pay, filed by Trustee Steve Miller, Creditor 1st National Bank of Danville), Status on order on bidding, Order Entered, Motion Continued (court, lblo) (Entered: 05/26/2004) |
|---|---|---|
| 05/26/2004 | 132 | Proceeding Memo (RE: related document(s)125 Hearing (Bk Other) Set, 126 Hearing (Bk Motion) Set, 116 Hearing (Bk Motion) Set, Hearing (Bk Motion) Set) (court, lblo) (Entered: 05/26/2004) |
| 05/26/2004 | ❍ 133 | Order Granting Application For Compensation (Related Doc # 114) for Steve Miller, fees awarded: $7500.00, expenses awarded: $0.00, Granting Motion To Pay (Related Doc # 114) Signed on 5/26/2004. (court, lblo) (Entered: 05/26/2004) |
| 05/26/2004 | ❍ 134 | Hearing Set , Report of No Sale (130), Status on order on bidding (125),(RE: related document(s)131 Approval or Authority filed by Trustee Steve Miller, 124 Motion to Extend/Shorten Time filed by Creditor Muhammad Mushtaq) Hearing to be held on 6/3/2004 at 02:00 PM Room 120-Danville, IL for 124 and for 131, (court, lblo) (Entered: 05/26/2004) |
| 05/27/2004 | ❍ 135 | Objection Filed by Interested Party Sulochana Ponnapula (RE: related document(s)130 Report of Sale). (Attachments: # 1 Appendix Contract) (court, lblo) (Entered: 05/27/2004) |
| 05/28/2004 | ❍ 136 | BNC Certificate of Mailing - Hearing No. of Notices: 7. Service Date 05/28/2004. (Admin.) (Entered: 05/29/2004) |
| 05/28/2004 | ❍ 137 | BNC Certificate of Mailing - PDF Document No. of Notices: 5. Service Date 05/28/2004. (Admin.) (Entered: 05/29/2004) |
| 06/03/2004 | ❍ | Hearing Held (RE: related document(s)124 Motion to Extend/Shorten Time filed by Creditor Muhammad Mushtaq, 131 Approval or Authority filed by Trustee Steve Miller) , 130 Report of No Sale, Status on Order on Bidding. (court, lblo) (Entered: 06/03/2004) |
| 06/03/2004 | 138 | Proceeding Memo (RE: related document(s)134 Hearing (Bk Motion) Set, Hearing (Bk Motion) Set) (court, lblo) (Entered: 06/03/2004) |
| 06/03/2004 | ❍ 139 | Order Granting Motion to Extend/Shorten Time (Related Doc # 124), Denying Application for Approval of or Authority to (Related Doc # 131) Signed on 6/3/2004. (court, lblo) (Entered: 06/03/2004) |
| 06/03/2004 | ❍ 140 | Order Denying Motion To Sell (Related Doc # [80]) Signed on 6/3/2004. (court, lblo) (Entered: 06/03/2004) |

| 06/05/2004 | ❍ 141 | BNC Certificate of Mailing - PDF Document No. of Notices: 5. Service Date 06/05/2004. (Admin.) (Entered: 06/06/2004) |
|---|---|---|
| 06/05/2004 | ❍ 142 | BNC Certificate of Mailing - PDF Document No. of Notices: 5. Service Date 06/05/2004. (Admin.) (Entered: 06/06/2004) |
| 07/08/2004 | ❍ 143 | Hearing Set (RE: related document(s)[13] Objection to Debtor's Claim of Exemptions filed by Creditor Central Illinois Bank, [38] Objection to Claim filed by Trustee Steve Miller, [44] Objection to Claim filed by Trustee Steve Miller) Hearing to be held on 10/19/2004 at 09:00 AM Room 120-Danville, IL for [44] and for [13] and for [38], (court, ngre) (Entered: 07/08/2004) |
| 07/10/2004 | ❍ 144 | BNC Certificate of Mailing - Hearing (RE: related document(s)143 Hearing (Bk Other) Set, Hearing (Bk Other) Set) No. of Notices: 7. Service Date 07/10/2004. (Admin.) (Entered: 07/11/2004) |
| 08/03/2004 | ❍ 145 | Notice Re: Procedures for Filing Designation of Contents and Ordering Transcripts (RE: related document(s)109 Notice of Appeal filed by Creditor Muhammad Mushtaq) Appellee designation due by 8/17/2004. (court, lblo) (Entered: 08/03/2004) |
| 08/05/2004 | ❍ 146 | Motion to Dismiss/Withdraw Document (related document(s) 109 Notice of Appeal) Filed by Creditor Muhammad Mushtaq (Prillaman, Roger) (Entered: 08/05/2004) |

IN THE UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS 2004 JAN 22 PM 1: 53
DANVILLE DIVISION

FILED

IN RE:                                                )
                                                      )
SREEMANNARAYAN PRATHIPATI  )   No. 02-92402
                                                      )
         Debtor.                                   )

## PETITION TO SELL REAL ESTATE

Now comes the Trustee, Steve Miller, by his attorneys Acton & Snyder who for his Petition to Sell Real Estate of the debtor, states as follows:

1. The debtor, Sreemannarayan Prathipati is the owner of a forty percent interest in a corporation identified as Sam Petroleum Company.

2. Sam Petroleum Company owns the real estate located at 212 South Larkin, Joliet, Illinois more specifically described as follows:

The West ½ of a tract of land described as follows: That part of the West 20 acres of the East ½ of the Northeast 1/4 of Section 18, Township 35 North, Range10 East of the Third Principal Meridian, described as follows: Beginning at a point 924 feet North of the southeast corner of said West 20 acres and running thence West 330 feet, thence North 132 feet, thence East 330 feet, and thence South 132 feet to the point of beginning excepting that part thereof previously dedicated to the State of Illinois for highway purposes of the Outer Belt Highway in Will County, Illinois.

3. Sam Petroleum Company has entered into a real estate contract for the sale of said property to Sulochana Ponnapula for the sum of $200,000.00 which said contract is subject to the approval of the U.S. Bankruptcy Court for the Central District of Illinois. A copy of said contract is attached hereto as Exhibit A.

4. Said real estate is currently encumbered by mortgage to First National Bank of Danville. The amount owing on said mortgage is greater than the proposed sale price, however, there is other collateral on said mortgage which will have a greater equity value for the bankruptcy estate if said sale is approved.



5. The First National Bank of Danville is in support of the real estate contract identified herein.

6. The Trustee believes it is in the best interest of the bankruptcy estate that the sale of the real estate owned by Sam Petroleum Company be approved and that the Trustee be authorized to execute any documents confirming the courts approval of said sale. All proceeds from said sale, except for selling expenses will be remitted to the First National Bank of Danville who will then file an amended claim in the bankruptcy estate.

WHEREFORE, the Trustee requests authority to accept the sum of $200,000.00 from Sulochana Ponnapula for Sam Petroleum Company's interest in said real estate in Will County, Illinois, and for such other and further relief as the Trustee may be entitled.

Dated this $\overset{2nd}{22}$ day of January, 2004.

Steve Miller, Trustee for
Sreemannarayan Prathipati
By: Acton & Snyder, his attorneys
By_____
Steve Miller

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was mailed to: U.S. Trustee, 401 Main St., 1100 Becker Bldg., Peoria, IL 61602 and Bruce Meachum, attorney for debtor, 110 N. Vermilion, Danville, IL 61832, Jim Mulvaney, First National Bank of Danville, One Towne Center, Danville, IL 61832, Jim Brougher, 220 N. Vermilion St., Danville, IL 61832, Joseph Chamley, 44 Main St., Ste. 310, Champaign, IL 61820 by placing a copy of the same in an envelope properly addressed and with postage affixed thereto on the _____ day of January, 2004.

Steve Miller

Steve Miller
Acton & Snyder
11 E. North St.
Danville, IL 61832
(217) 442-0350
C:\Becky's Files\SheetsPetitiontoSellRealEstate.doc

## REAL ESTATE CONTRACT

IT IS AGREED between SAM PETROLEUM COMPANY, a Corporation (hereinafter referred to as "Seller"), and SULOCHANA PONNAPULA (hereinafter referred to as "Buyer"), as follows:

That Seller hereby agrees to sell and Buyer hereby agrees to buy the following described real estate:

> The West 1/2 of a tract of land described as
> follows:  That part of the West 20 acres of the
> East 1/2 of the Northeast 1/4 of Section 18,
> Township 35 North, Range 10 East of the Third
> Principal Meridian, described as follows:
> Beginning at a point 924 feet North of the
> southeast corner of said West 20 acres and
> running thence West 330 feet, thence North 132
> feet, thence East 330 feet, and thence South 132
> feet to the point of beginning, excepting that
> part thereof previously dedicated to the State
> of Illinois for highway purposes of the Outer
> Belt Highway in Will County, Illinois.

commonly known as 212 South Larkin, Joliet, Illinois (hereinafter referred to as "the premises"), together with all easements and rights appurtenant thereto, upon the following terms:

1. TOTAL PURCHASE PRICE for the premises is the sum of $200,000.00. of which $50,000.00 earnest money shall be deposited upon the execution of this Contract with the trust account of the law firm of Meachum & Martin, 110 North Vermilion Street, Danville, Illinois. Buyer shall pay the $150,000.00 balance of the purchase price, plus or minus prorations, to Seller in cash at the time of closing.

2. TAXES. Seller agrees to pay 2003 taxes for the premises, and Buyer agrees to assume all subsequent taxes and assessments against the premises. Calculation of the amount of the 2003 taxes shall be based upon the amount of the 2002 tax bill.

3. POSSESSION AND CLOSING. Seller agrees to give Buyer possession of the premises on the date of closing. Closing shall not occur until after the entry of an Order approving this sale by the United States Bankruptcy Court for the Central District of Illinois, in Case No. 02-92402. The parties shall use their best efforts to cause the closing to take place at the earliest possible time after the entry of such Court Order. Closing shall be handled by an escrow agent, who shall be either Attorney Bruce Meachum, of 110 North Vermilion Street, Danville, Illinois, or Attorney Steve Miller, of 11 East North Street, Danville, Illinois, or another escrow agent that the parties select by mutual agreement.

EXHIBIT
A

4. **CONDITION OF THE PREMISES.** Buyer has inspected the premises, and agrees to accept the premises "as is", in its present condition.

5. **TITLE EVIDENCE.** Seller agrees to deliver to Buyer an Owners Policy of Title Insurance in the amount of the purchase price, subject only to (a) the lien of current general property taxes, (b) liens, encumbrances and defects caused, incurred or permitted by Buyer, (c) the usual items not covered by owners title insurance policies, including possessory rights, prescriptive easements, questions of survey, zoning ordinances, mechanics' liens not of record, special assessments not confirmed by a Court of record, and restrictive covenants contained in the survey and plat of the subdivision, if any, and (d) easements, liens and exceptions noted after the description of the premises above.

6. **FIXTURES.** All improvements and other attached fixtures are a part of the real estate and are owned by Seller and included in this sale, with the exception of the fuel pumps and related apparatus which are situated upon the premises, and which are leased by Seller from Boulder Capital Group, Inc. Neither party shall, prior to closing, remove or destroy or make any material alterations to any fixtures or improvements without the written consent of other party.

7. **DEED.** Upon payment of the purchase price by Buyer, Seller shall execute and deliver to Buyer, or Buyer's nominee, a Deed which shall be deemed to be subject to:

(a) Liens and encumbrances suffered or permitted by Buyer, and taxes and assessments payable by Buyer.

(b) Applicable zoning regulations and easements of record for public utilities and established roads and highways.

(c) 2003 real estate taxes.

8. **INSURANCE.** If, prior to closing, the improvements on the premises are destroyed or materially damaged by fire or other casualty, Buyer shall have the option of declaring this contract null and void, and receiving a refund of the earnest money paid, or of accepting the premises as damaged or destroyed, together with the proceeds of any insurance payable as a result of the destruction or damage, which proceeds Seller agrees to assign to Buyer.

9. **DEFAULT.** If this Contract is breached or unable to be performed by Seller, then at Buyer's option, after notice of such breach to Seller, Buyer may either proceed to closing, notwithstanding Seller's failure to perform all of Seller's

*Sulochana*

2:04 CV-02156-MPM-DGB    #1    Page 25 of 29
01/37/2004    10:41    21744!    78        SREEMAN PRATHI[    T
*31/16/2004    15:35    MEAC    ! AND MARTIN → 4424278
01/12/2004    13:02    MEACHUM AND MARTIN ) 1420335

NO.537    D05
PAGE  04

obligations, without waiving any other remedies for Seller's nonperformance, or choose to have the earnest money returned to Buyer. If this Contract is breached or unable to be performed by Buyer, then at Seller's option, the earnest money shall be forfeited to Seller and applied as partial reimbursement for actual damages incurred, but not as liquidated damages. The foregoing remedies are not intended to be exclusive, and the parties shall have the additional right to all other lawful remedies, including specific performance. In the event of any breach of this contract, the breaching party shall be liable for the reasonable attorney fees incurred by the other party as a result of a breach of this Contract.

.10. **COURT APPROVAL AS A CONDITION.** Completion of this sale is conditioned upon the entry of an Order approving this sale by the United States Bankruptcy Court for the Central District of Illinois, in Case No. 02-52402. If such Court issues a ruling which does not approve this sale, then this Contract shall become null and void, and Buyer shall become entitled to receive a refund of the earnest money paid.

11. This Contract shall be binding upon the parties hereto, and their legal successors in interest.

Dated this 16 day of January, 2004.

SAM PETROLEUM COMPANY

By _____
Sreeman Prathipati,
President

SELLER

_____
SULOCHANA PONNAPULA

BUYER

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE CENTRAL DISTRICT OF ILLINOIS

SREEMANNARAYAN PRATHIPATI )
A/k/a SREEMAN PRATHIPATI ) CASE NO. 02-92402
Debtor )

### NOTICE OF APPEAL

JAVAUD MUSHTAQ AND MUHAMMAD MUSHTAQ, appeal under 28 USC,

Section 158(a) or (b) from the judgment, order, or decree of the Bankruptcy Judge entitled

"Order Allowing Motion for Reconsideration" entered April 14, 2004 in this Chapter 7

proceeding.

The names of all parties to the judgment, order or decree appealed from, and the

names, addresses and telephone numbers of their respective attorneys are as follows:

Steve Miller, Bankruptcy Trustee
11 E. North
Danville, IL 61832
Phone (217)442-0350

Bruce Meachum, Attorney for Sulochana Ponnapula
110 N. Vermilion St.
Danville, IL 61832
Phone (217)554-1313

James Mulvaney, Attorney for First National Bank of Danville.
First National Bank-Danville
1 Towne Centre
P.O. Box 1010
Danville, IL 61834
Phone (217)442-1390

DATED: _____ 4/23/04 _____   /s/Roger L. Prillaman
ROGER Ł. PRILLAMAN
Attorney for JUVAUD MUSHTAQ AND
MUHAMMAD MUSHTAQ

Roger L. Prillaman
PRILLAMAN & MOORE, LTD.
220 W. Main Street
Urbana, Illinois 61801
(217) 384-1300

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

SREEMANNARAYAN PRATHIPATI          )
A/k/a SREEMAN PRATHIPATI           )      CASE NO. 02-92402
Debtor                             )

### CERTIFICATE OF SERVICE

I, the Undersigned, certify that a copy of the foregoing Notice of Appeal was served

upon the parties named therein by enclosing said document in an envelope addressed to the

parties named below with postage fully pre-paid, and by depositing said envelope in the

U.S. Mail in Urbana, Illinois, on the 23rd day of April, 2004.

Steve Miller
11 E. North
Danville, IL 61832

Bruce Meachum
110 N. Vermilion St.
Danville, IL 61832

James Mulvaney
First National Bank-Danville
1 Towne Centre
P.O. Box 1010
Danville, IL 61834

                                          ___/s/Roger L. Prillaman_____

Roger L. Prillaman
PRILLAMAN & MOORE, LTD.
220 W. Main Street
Urbana, Illinois 61801
(217) 384-1300

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

SREEMANNARAYAN PRATHIPATI          )
A/k/a SREEMAN PRATHIPATI           )    CASE NO. 02-92402
Debtor                             )

### WITHDRAWAL OF NOTICE OF APPEAL

NOW COME JAVAUD MUSHTAQ AND MUHAMMAD MUSHTAQ, by counsel,

ROGER PRILLAMAN, and with regard to the Notice of Appeal filed April 23, 2004, hereby

withdraw same on grounds that the matter has been rendered moot by subsequent Order of the

Bankruptcy Court.

WHEREFORE, the moving parties request that the Notice of Appeal be withdrawn accordingly

DATED: _____ 8/05/04 _____    /s/Roger L. Prillaman _____
                                          ROGER L. PRILLAMAN
                                          Attorney for JUVAUD MUSHTAQ AND
                                          MUHAMMAD MUSHTAQ

Roger L. Prillaman
PRILLAMAN & MOORE, LTD.
220 W. Main Street
Urbana, Illinois 61801
(217) 384-1300

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

SREEMANNARAYAN PRATHIPATI        )
A/k/a SREEMAN PRATHIPATI         )        CASE NO. 02-92402
Debtor                          )

### CERTIFICATE OF SERVICE

I, the Undersigned, certify that a copy of the foregoing Withdrawal of Notice of Appeal was

served upon the parties named therein by enclosing said document in an envelope addressed to the

parties named below with postage fully pre-paid, and by depositing said envelope in the U.S. Mail

in Urbana, Illinois, on the 5th day of August, 2004.

Steve Miller
11 E. North
Danville, IL 61832

U.S. Trustee
401 Main St, #1100
Peoria, IL 61602

Bruce Meachum
110 N. Vermilion St.
Danville, IL 61832

James Mulvaney
First National Bank-Danville
1 Towne Centre
P.O. Box 1010
Danville, IL 61834

/s/Roger L. Prillaman

Roger L. Prillaman
PRILLAMAN & MOORE, LTD.
220 W. Main Street
Urbana, Illinois 61801
(217) 384-1300