IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
(URBANA)

FILED
SEP 2 3 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

MUSHTAQ, et al           )
vs.                      )
PRATHIPATI               )

Case No. 04-CV-02156-MPM-DGB

MOTION FOR VOLUNTARY DISMISSAL OF APPEAL

NOW COME the Appellants, JAVAUD MUSHTAQ AND MUHAMMAD MUSHTAQ, MD, by counsel, ROGER PRILLAMAN of PRILLAMAN & MOORE, LTD., and move to voluntary dismiss the appeal filed herein on grounds that same has been rendered moot by subsequent Bankruptcy Court Orders entered in the underlying proceeding, In re: Prathipati, 02-92402.

WHEREFORE, Movants request that an Order be entered granting this request for voluntary dismissal, and for such further relief as may be just and equitable.

DATED:    September 22, 2004    BY: _____
                                 ROGER L. PRILLAMAN
                                 Attorney for Movant/Appellants

Roger L. Prillaman
PRILLAMAN & MOORE, LTD.
220 W. Main Street
Urbana, Illinois 61801
(217) 384-1300

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
(URBANA)

MUSHTAQ, et al )
vs. )
PRATHIPATI )

Case No. 04-CV-02156-MPM-DGB

CERTIFICATE OF SERVICE

I, the Undersigned, certify that a copy of the foregoing Motion for Voluntary Dismissal of Appeal was served upon the parties named therein by enclosing said document in an envelope addressed to the parties named below with postage fully pre-paid, and by depositing said envelope in the U.S. Mail in Urbana, Illinois, on the 22nd day of September, 2004.

Bruce Meachum
110 N. Vermilion St.
Danville, IL 61832

Steve Miller
11 E. North
Danville, IL 61832

Roger L. Prillaman
PRILLAMAN & MOORE, LTD.
220 W. Main Street
Urbana, Illinois 61801
(217) 384-1300